UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERCILIA JAQUELING PICADO RUIZ, | Case No. 5:26-cv-01734-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to and Subject to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED as to Count One, with Respondents ORDERED to release Petitioner immediately subject to the conditions of his preexisting parole; and (2) DISMISSED in all other respects without prejudice.

Dated: April 16, 2026 _____    _____

JOHN D. EARLY
United States Magistrate Judge